

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00507-CV

**IN THE INTEREST OF R.G.M.R.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01101
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 16, 2019.

_____
Rebeca C. Martinez, Justice